AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| ALAN PITTS and SENECA NICHOLSON-PITTS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES HOUSING AND URBAN )<br>DEVELOPMENT, ATLANTA HOME )<br>OWNERSHIP CENTER, JENNIFER HARRY, )<br>HMB, INC., DANNY BRIAN, HAMILTON )<br>BARKSDALE, ROBERT SCOTT, O'BRIAN )<br>LAW FIRM, KERMIT THOMPSON, FAYE )<br>THOMPSON, SUBSTITUTE TRUSTEE, INC., )<br>SUSAN BENIOT, LORI ANN RENN, )<br>CYNTHIA ABBOTT, VANCE COUNTY )<br>REGISTER OF DEEDS, INVESTOR'S )<br>TITLE COMPANY, LAWYER'S MUTUAL, )<br>WAYNE STEPHENSON, THE LAW FIRM OF )<br>HUTCHENS, SENTER & BRITTON, PA, )<br>RICHARD MEADOR, DONALD W. GUPTON, )<br>DONALD SCOTT CARROLL, THREE JOHN )<br>DOE WHITE MALES RESIDING AT 908 )<br>CROSS CREEK ROAD, HENDERSON, NC, )<br>CAPITAL MORTGAGE CORPORATION, )<br>CHASE MANHATTAN MORTGAGE, CORP., )<br>CHASE HOME FINANCIAL, LLC, VANCE )<br>COUNTY CLERK OF THE SUPERIOR COURT, )<br>RESPONSIBLE MEMBERS OF NORTH )<br>CAROLINA BAR ASSOCIATION, JENNIFER )<br>A. PORTER, RONALD G. BAKER, SR., )<br>SHERRY PENDERGRASS ROSS, and )<br>ROCKY ROSS, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:12-CV-72-D** |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Court GRANTS the Motions to Dismiss [D.E. 42, 51, 55, 63], GRANTS the remaining motions [D.E. 69, 76] to the extent that they relate to federal claims, and DISMISSES plaintiffs' federal claims pursuant to Federal Rule of Civil Procedure 12(b)(1), or alternatively, Rule 12(b)(6). The Court declines to exercise supplemental jurisdiction over any state-law claims against any non-federal defendant, and DISMISSES plaintiffs' state-law claims against any non-federal defendant WITHOUT PREJUDICE. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JANUARY 18, 2013**</u> WITH A COPY TO:

Alan and Seneca Nicholson-Pitts, Pro se (via USPS to 438 Cross Creek Road, Henderson, NC 27537)
Seth Wood (via CM/ECF Notice of Electronic Filing)
Paul Stainback (via CM/ECF Notice of Electronic Filing)
James Scott Flowers (via CM/ECF Notice of Electronic Filing)
James K. Pendergrass, Jr. (via CM/ECF Notice of Electronic Filing)
Julie B Bradburn (via CM/ECF Notice of Electronic Filing)
Ronald Hill Garber (via CM/ECF Notice of Electronic Filing)
Grady L. Balentine, Jr. (via CM/ECF Notice of Electronic Filing)

<u>January 18, 2013</u>        JULIE A. RICHARDS, Clerk
Date        Eastern District of North Carolina

       <u>/s/ Debby Sawyer</u>
       (By) Deputy Clerk

Raleigh, North Carolina