IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-72-D

| | |
|---|---|
| ALAN PITTS and ) | |
| SENECA NICHOLSON-PITTS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES HOUSING AND ) | |
| URBAN DEVELOPMENT, et al., ) | |
| ) | |
| Defendants. ) | |

On January 24, 2013, plaintiffs filed a motion to strike [D.E. 81]. However, on January 18, 2013, the court dismissed the federal claims and declined to exercise supplemental jurisdiction over the state-law claims [D.E. 79, 80]. Plaintiffs have since appealed [D.E. 82]. The motion to strike [D.E. 81] is DISMISSED.

SO ORDERED. This 6 day of March 2013.

JAMES C. DEVER III
Chief United States District Judge